Wave Med. Servs., P.C. v Metlife Auto & Home (2020 NY Slip Op
51322(U))

[*1]

Wave Med. Servs., P.C. v Metlife Auto & Home

2020 NY Slip Op 51322(U) [69 Misc 3d 138(A)]

Decided on November 6, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 6, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, BERNICE D. SIEGAL, JJ

2018-1357 K C

Wave Medical Services, P.C., as Assignee
of Daley, Leighton, Respondent-Appellant, 
against
Metlife Auto & Home, Appellant-Respondent.

Bruno, Gerbino, Soriano & Aitken, LLP (Nathan M. Shapiro, Esq.), for
appellant-respondent.
The Rybak Firm, PLLC (Damin J. Toell, Esq.), for respondent-appellant.

Appeal from an order of the Civil Court of the City of New York, Kings County (Cenceria P.
Edwards, J.), entered March 13, 2018. The order, insofar as appealed from by defendant, denied
defendant's motion for summary judgment dismissing the complaint. The order, insofar as
cross-appealed from by plaintiff, denied plaintiff's cross motion for summary judgment.

ORDERED that the cross appeal is dismissed as abandoned; and it is further,
ORDERED that the order, insofar as reviewed, is reversed, with $30 costs, and defendant's
motion for summary judgment dismissing the complaint is granted.
In this action by a provider to recover assigned first-party no-fault benefits, defendant
appeals from so much of an order of the Civil Court as denied defendant's motion which had
sought summary judgment dismissing the complaint on the ground that defendant had never
received the claims at issue.
For the reasons stated in Wave Med. Servs., P.C., as Assignee of Marceus, Josue v
Metlife Auto & Home (___ Misc 3d ___, 2020 NY Slip Op _____ [appeal No.
2018-1355 K C], decided herewith), the order, insofar as reviewed, is reversed and defendant's
motion for summary judgment dismissing the complaint is granted.
ALIOTTA, P.J., ELLIOT and SIEGAL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 6, 2020